# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Corey Thomas,

       Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                        3:12-cv-00423-FDW

USA,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/6/2012 Order.

                                          Signed: August 7, 2012

                                          Frank G. Johns, Clerk
                                          United States District Court